## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,                                     *
                                                 *
        Plaintiff,                               *
                                                 *
vs.                                              *
                                                 *        CIVIL CASE NO. 05-237
                                                 *
AMERICAN INTERNATIONAL GROUP, INC;               *
AMERICAN GENERAL CORPORATION;                    *
AMERICAN GENERAL FINANCE, INC.;                  *
AMERICAN GENERAL FINANCIAL SERVICES             *
OF ALABAMA, INC.; AMERICAN GENERAL               *
FINANCE CORPORATION;                             *
MERIT LIFE INSURANCE COMPANY;                    *
YOSEMITE INSURANCE COMPANY;                      *
LAMAR HARRIS;                                    *
and Fictitious Defendants "A",                   *
"B", and "C", whether singular or plural, those  *
other persons, corporations, firms, or other     *
entities whose wrongful conduct caused           *
the injuries and damages to the Plaintiff,       *
all of whose true and correct names are          *
unknown to Plaintiff at this time, but will      *
be substituted by amendment when ascertained,    *
                                                 *
        Defendants.                              *

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 13  P 4: 02
EDDIE D. MALLAH
CIRCUIT CLERK

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:                    AMERICAN GENERAL FINANCE, INC.
                             n/k/a American General Financial Services of Alabama, Inc.
                             c/o CSC Lawyers Incorporating Service, Inc.
                             150 S. Perry Street
                             Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a written Answer, either admitting or denying each allegation in the Complaint to,



EXHIBIT
A

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

the attorney for the Plaintiff.    THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN
THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND
COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.    You must also file the original of your Answer with the
Clerk of this Court within a reasonable time afterward.

_Eddie D. Wallad_
CIRCUIT CLERK

Dated:  _12/13/05_

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,                                              *
                                                         *
     Plaintiff,                                          *
                                                         *
vs.                                                      *          CIVILCASE NO. 05-237
                                                         *
AMERICAN INTERNATIONAL GROUP, INC;                        *
AMERICAN GENERAL CORPORATION;                            *
AMERICAN GENERAL FINANCE, INC.;                          *
AMERICAN GENERAL FINANCIAL SERVICES                      *
OF ALABAMA, INC.; AMERICAN GENERAL                       *
FINANCE CORPORATION;                                     *
MERIT LIFE INSURANCE COMPANY;                            *
YOSEMITE INSURANCE COMPANY;                              *
LAMAR HARRIS;                                            *
and Fictitious Defendants "A",                           *
"B", and "C", whether singular or plural, those          *
other persons, corporations, firms, or other             *
entities whose wrongful conduct caused                    *
the injuries and damages to the Plaintiff,               *
all of whose true and correct names are                  *
unknown to Plaintiff at this time, but will              *
be substituted by amendment when ascertained,            *
                                                         *
     Defendants.                                         *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:                AMERICAN GENERAL CORPORATION
                          2929 Allen Parkway
                          Houston, TX 77019

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallad_
CIRCUIT CLERK

Dated: _12/13/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,

 Plaintiff,

vs.

AMERICAN INTERNATIONAL GROUP, INC;
AMERICAN GENERAL CORPORATION;
AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCIAL SERVICES
OF ALABAMA, INC.; AMERICAN GENERAL
FINANCE CORPORATION;
MERIT LIFE INSURANCE COMPANY;
YOSEMITE INSURANCE COMPANY;
LAMAR HARRIS;
and Fictitious Defendants "A",
"B", and "C", whether singular or plural, those
other persons, corporations, firms, or other
entities whose wrongful conduct caused
the injuries and damages to the Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but will
be substituted by amendment when ascertained,

 Defendants.

CIVIL CASE NO. 05-237

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 13  P 4: 02
EDDIE D. MALLARD
CIRCUIT CLERK

### SUMMONS

  This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   **MERIT LIFE INSURANCE COMPANY**
       **c/o Superintendent of Insurance**
       **601 NW Second Street**
       **Evansville, IN  47708**

  The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL  36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*

CIRCUIT CLERK

Dated:   _12/13/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| IONA LEVETT, | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *    CIVILCASE NO. 05-23 |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; | * |
| AMERICAN GENERAL CORPORATION; | * |
| AMERICAN GENERAL FINANCE, INC.; | * |
| AMERICAN GENERAL FINANCIAL SERVICES | * |
| OF ALABAMA, INC.; AMERICAN GENERAL | * |
| FINANCE CORPORATION; | * |
| MERIT LIFE INSURANCE COMPANY; | * |
| YOSEMITE INSURANCE COMPANY; | * |
| LAMAR HARRIS; | * |
| and Fictitious Defendants "A", | * |
| "B", and "C", whether singular or plural, those | * |
| other persons, corporations, firms, or other | * |
| entities whose wrongful conduct caused | * |
| the injuries and damages to the Plaintiff, | * |
| all of whose true and correct names are | * |
| unknown to Plaintiff at this time, but will | * |
| be substituted by amendment when ascertained, | * |
| | * |
| **Defendants.** | * |

*(stamp: EDDIE D. MALLARD, CIRCUIT CLERK — 2005 DEC 13 P 4:02 — FILED IN CIRCUIT CLERKS OFFICE MACON COUNTY, AL)*

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:                 **YOSEMITE INSURANCE COMPANY**
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA  94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
Post Office Box 4160
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie O. Nallad_
CIRCUIT CLERK

Dated:   _12/13/05_

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,                                          *
                                                     *
    Plaintiff,                              *
                                                     *
vs.                                                  *       CIVIL CASE NO. 05-237
                                                     *
AMERICAN INTERNATIONAL GROUP, INC;                   *
AMERICAN GENERAL CORPORATION;                        *
AMERICAN GENERAL FINANCE, INC.;                      *
AMERICAN GENERAL FINANCIAL SERVICES                  *
OF ALABAMA, INC.; AMERICAN GENERAL                   *
FINANCE CORPORATION;                                 *
MERIT LIFE INSURANCE COMPANY;                        *
YOSEMITE INSURANCE COMPANY;                          *
LAMAR HARRIS;                                        *
and Fictitious Defendants "A",                       *
"B", and "C", whether singular or plural, those      *
other persons, corporations, firms, or other         *
entities whose wrongful conduct caused               *
the injuries and damages to the Plaintiff,           *
all of whose true and correct names are              *
unknown to Plaintiff at this time, but will          *
be substituted by amendment when ascertained,        *
                                                     *
    Defendants.                             *

<u>SUMMONS</u>

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **AMERICAN INTERNATIONAL GROUP, INC.**
                      **70 Pine Street**
                      **New York, NY  10270**

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL  36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated:  *12/13/05*

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,                                        *
                                                    *
    Plaintiff,                    *
                                                    *
vs.                                                 *         CIVIL CASE NO. *05-237*
                                                    *
AMERICAN INTERNATIONAL GROUP, INC;                  *
AMERICAN GENERAL CORPORATION;                       *
AMERICAN GENERAL FINANCE, INC.;                     *
AMERICAN GENERAL FINANCIAL SERVICES                 *
OF ALABAMA, INC.; AMERICAN GENERAL                  *
FINANCE CORPORATION;                                *
MERIT LIFE INSURANCE COMPANY;                       *
YOSEMITE INSURANCE COMPANY;                         *
LAMAR HARRIS;                                       *
and Fictitious Defendants "A",                      *
"B", and "C", whether singular or plural, those     *
other persons, corporations, firms, or other        *
entities whose wrongful conduct caused              *
the injuries and damages to the Plaintiff,          *
all of whose true and correct names are             *
unknown to Plaintiff at this time, but will         *
be substituted by amendment when ascertained,       *
                                                    *
    Defendants.                   *

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 13  P 4: 02
EDDIE D. MALL
CIRCUIT CLERK

## SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    : Lamar Harris
                c/o American General Finance, Inc.
                1848 Opelika Road
                Auburn, Alabama 36830

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallad*
CIRCUIT CLERK

Dated:   12/13/05

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,

      Plaintiff,

vs.

      CIVIL CASE NO. *QS-238*

AMERICAN INTERNATIONAL GROUP, INC;
AMERICAN GENERAL CORPORATION;
AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCIAL SERVICES
OF ALABAMA, INC.; AMERICAN GENERAL
FINANCE CORPORATION;
MERIT LIFE INSURANCE COMPANY;
YOSEMITE INSURANCE COMPANY;
LAMAR HARRIS;
and Fictitious Defendants "A",
"B", and "C", whether singular or plural, those
other persons, corporations, firms, or other
entities whose wrongful conduct caused
the injuries and damages to the Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but will
be substituted by amendment when ascertained,

      Defendants.

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 13 P 4: 02
EDDIE D. MALLARD
CIRCUIT CLERK

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          AMERICAN GENERAL FINANCE
                     CORPORATION
                     2929 Allen Parkway
                     Houston, TX  77019

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallad*
CIRCUIT CLERK

Dated: _12/13/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,

  Plaintiff,

vs.

CIVILCASE NO. 05-237

AMERICAN INTERNATIONAL GROUP, INC;
AMERICAN GENERAL CORPORATION;
AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCIAL SERVICES
OF ALABAMA, INC.; AMERICAN GENERAL
FINANCE CORPORATION;
MERIT LIFE INSURANCE COMPANY;
YOSEMITE INSURANCE COMPANY;
LAMAR HARRIS;
and Fictitious Defendants "A",
"B", and "C", whether singular or plural, those
other persons, corporations, firms, or other
entities whose wrongful conduct caused
the injuries and damages to the Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but will
be substituted by amendment when ascertained,

  Defendants.

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

2005 DEC 13  P 4: 02

EDDIE D. WALLA
CIRCUIT CLERK

### SUMMONS

  This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL FINANCIAL
        SERVICES OF ALABAMA, INC.
        c/o CSC Lawyers Incorporating Service, Inc.
        150 S. Perry Street
        Montgomery, AL  36104

  The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Malled*
CIRCUIT CLERK

Dated:  *12/13/05*

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

IONA LEVETT,                                         *
                                                     *
        Plaintiff,                                   *
                                                     *
vs.                                                  *        CIVIL CASE NO. _05-237_
                                                     *
AMERICAN INTERNATIONAL GROUP, INC;                   *
AMERICAN GENERAL CORPORATION;                        *
AMERICAN GENERAL FINANCE, INC.;                      *
AMERICAN GENERAL FINANCIAL SERVICES                  *
OF ALABAMA, INC.; AMERICAN GENERAL                   *
FINANCE CORPORATION;                                 *
MERIT LIFE INSURANCE COMPANY;                        *
YOSEMITE INSURANCE COMPANY;                          *
LAMAR HARRIS;                                        *
and Fictitious Defendants "A",                       *
"B", and "C", whether singular or plural, those      *
other persons, corporations, firms, or other         *
entities whose wrongful conduct caused               *
the injuries and damages to the Plaintiff,           *
all of whose true and correct names are              *
unknown to Plaintiff at this time, but will          *
be substituted by amendment when ascertained,        *
                                                     *
        Defendants.                                  *

### COMPLAINT

### STATEMENT OF THE PARTIES

1.      This court has subject matter and personal jurisdiction over the Defendants.  Venue is

proper in Macon County, Alabama.

2.      Plaintiff Iona Levett is an adult resident citizen of Macon County, Alabama.

3.      Defendant American General Finance, Inc. is a domestic corporation, who does business

by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation,

and/or the "alter-ego" of one or more Defendants.

4.   Defendant American General Financial Services of Alabama, Inc. is a domestic corporation, who does business by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5.   Defendant American International Group, Inc. is a foreign corporation who does business by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6.   Defendant American General Corporation is a foreign insurance Company who does business by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7.   Defendant American General Finance Corporation is a foreign insurance Company who does business by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8.   Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Macon County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

9.   Defendant Yosemite Insurance Company is a foreign corporation who does business by agent in Macon County, Alabama.  This Defendant is the parent corporation, agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

10.   Defendant Lamar Harris is over the age of nineteen (19) and is a resident of Lee County, Alabama.

11.   Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to

2

cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

12.    Plaintiff's claims are brought solely under Alabama law, and Plaintiff states she does not bring any claim and/or disclaims any and all claims under any Federal laws, statutes, or regulations.

## STATEMENT OF THE FACTS

13.    On or about December 16, 1998, December 14, 2000, and other occasions, Plaintiff entered into loans with Defendant American General Financial Services of Alabama, Inc. or Defendant American General Finance, Inc.  Defendant Lamar Harris handled one or more of these loan transactions, while acting as agent for all Defendants, and fraudulently represented to her that if she purchased the credit insurance offered her, her credit score/rating would be better and that she stood a better chance of getting approved for the loan she requested.

14.    Defendants advised Plaintiff that if she refinanced her previous loans into a single loan, that would be the best way for her to save money. Defendants refused to allow Plaintiff to have a separate loan.

15.    Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

16.    Defendants had a duty to Plaintiff to give her good advice and they failed to do so, to Plaintiff's detriment.

17.    Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered and refinance her loan.

18.    Defendants' conduct under the circumstances was intentional and amounts to actual malice.

19.   Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

20.   Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

21.   At all times material hereto, Plaintiff depended on Defendants to advise her as to all loan requirements and insurance matters.   Defendants had superior knowledge and bargaining power over Plaintiff.

22.   The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

## COUNT ONE

23.   Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

24.   Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

25.   Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

26.   As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: she paid money for insurance she did not want, she lost interest on said money, she paid excessive interest on her loans and accounts she otherwise would not have had to pay, she lost interest on the money attributed to the unnecessary payments, she has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

4

## COUNT TWO

27.     Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

28.     Defendants negligently and/or wantonly hired, trained, and supervised Defendant Lamar Harris and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

29.     As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

30.     Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

31.     Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise her with respect to such matters.

32.     Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

33.     As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to Plaintiff.  Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

34.      As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

35.      Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

36.      Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

37.      Said action was a breach of the duty owed Plaintiff.

38.      As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
WILLIAM H. ROBERTSON, V (ROB161)
Attorneys for Plaintiff

**OF COUNSEL:**
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

6

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY**
**OF ALL ISSUES PRESENTED BY THIS CAUSE**

OF COUNSEL

7

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V **2005 0937** ☐☐ - ☐☐<br>Date of Filing:    Judge Code:<br>**12 14 2005**    **XXX**☐☐<br>Month    Day    Year |
|---|---|---|

IN THE CIRCUIT COURT OF _____ **MACON** _____ , ALABAMA
*(Name of County)*

**IONA LEVETT** v. **AMERICAN INTERNATIONAL GROUP**

**Plaintiff** — **Defendant**

| | Plaintiff | | | Defendant | |
|---|---|---|---|---|---|
| **First Plaintiff** | ☐ Business | ☑ Individual | **First Defendant** | ☑ Business | ☐ Individual |
| | ☐ Government | ☐ Other | | ☐ Government | ☐ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA – Wrongful Death
- ☐ TONG – Negligence: General
- ☐ TOMV – Negligence: Motor Vehicle
- ☐ TOWA – Wantonness
- ☐ TOPL – Product Liability/AEMLD
- ☐ TOMM – Malpractice-Medical
- ☐ TOLM – Malpractice-Legal
- ☐ TOOM – Malpractice-Other
- ☑ TBFM – Fraud/Bad Faith/Misrepresentation
- ☐ TOXX – Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE – Personal Property
- ☐ TORE – Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN – Abandoned Automobile
- ☐ ACCT – Account & Nonmortgage
- ☐ APAA – Administrative Agency Appeal
- ☐ ADPA – Administrative Procedure Act
- ☐ ANPS – Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX – Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT – Civil Rights
- ☐ COND – Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP – Contempt of Court
- ☐ CONT – Contract/Ejectment/Writ of Seizure
- ☐ TOCN – Conversion
- ☐ EQND – Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD – Eviction Appeal/Unlawful Detainer
- ☐ FORJ – Foreign Judgment
- ☐ FORF – Fruits of Crime Forfeiture
- ☐ MSHC – Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB – Protection From Abuse
- ☐ FELA – Railroad/Seaman (FELA)
- ☐ RPRO – Real Property
- ☐ WTEG – Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP – Workers' Compensation
- ☐ CVXX – Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):* F ☑ INITIAL FILING    A ☐ APPEAL FROM    O ☐ OTHER
DISTRICT COURT
R ☐ REMANDED    T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
| G | O | U | O | O | 7 | 12-12-05 | *signature* Charles Lance Gould |
|---|---|---|---|---|---|---|---|
| | | | | | | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

```
                  ALABAMA JUDICIAL DATA CENTER
                     COURT PAYMENT SYSTEM

         COUNTY                           RECEIPT NUMBER: 040607
   DATE OF RECEIPT: 12/13/2005   TIME: 16:28:33
   RECEIPT FOR CASE: AV 2005 000937 00      BATCH: 2006052
      RECEIVED FROM: GOULD CHARLES LANCE


   IONA LEVETT   VS   AMERICAN INTERNATIONAL GROUP, INC. ET AL

      ACCOUNTS RECEIPTED:
            CV05                        $333.00
            JDMD                        $100.00
            SERA                        $105.00

   RECEIVED BY: MAA        CHECK AMOUNT      $532.00
```



**First receipt (left):**

2. Article Number

7140 3711 9849 1049 6568

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

American General Finanical Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
Dorita Brown                            12/19/05

C. Signature
X  Dorita Brown   ☐ Agent  ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Reference Information

Iona Levett v. American General

Charles Lance Gould

CV-05-239  S;C

PS Form 3811, January 2005                Domestic Return Receipt

**Second receipt (right):**

2. Article Number

7140 3711 9849 1049 6571

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                  ☐ Agent  ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

DEC 20 2005  USPS  EVANSVILLE, IN

Reference Information

Iona Levett v. American General

Charles Lance Gould

CV-05-239  S;C

PS Form 3811, January 2005                Domestic Return Receipt