IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JAN 18 P 1: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| IONA LEVETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 3:06CV52-T |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC.; AMERICAN GENERAL ) | |
| CORPORATION; AMERICAN GENERAL ) | |
| FINANCE, INC.; AMERICAN GENERAL ) | |
| FINANCIAL SERVICES OF ALABAMA, ) | |
| INC.; AMERICAN GENERAL FINANCE ) | |
| CORPORATION; MERIT LIFE ) | |
| INSURANCE COMPANY; YOSEMITE ) | |
| INSURANCE COMPANY; LAMAR ) | |
| HARRIS; and Fictitious Defendants "A", ) | |
| "B", and "C", whether singular or plural, ) | |
| those other persons, corporations, firms, or ) | |
| other entities whose wrongful conduct caused ) | |
| the injuries and damages to the Plaintiff, all ) | |
| of whose true and correct names are ) | |
| unknown to Plaintiff at this time, but will be ) | |
| substituted by amendment when ascertained, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American International Group, Inc. ("AIG"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

AIG, a Delaware corporation, is a holding company that is publicly traded. AIG does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted this 18th day of January, 2006.

_____
Jeffrey M. Grantham (ASB-4866-M66J)
Thomas J. Butler (ASB-7790-T75T)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendant American International Group, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 18th day of January, 2006.

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36103

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 20th Street, North
Birmingham, AL 35203

_____
OF COUNSEL