IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

IONA LEVETT,                        )
                                    )
    Plaintiff,                      )
                                    )       CIVIL ACTION NO.
    v.                              )         3:06cv52-MHT
                                    )
AMERICAN INTERNATIONAL              )
GROUP, INC., et al.,                )
                                    )
    Defendants.                     )

## ORDER

It is ORDERED that plaintiff's motion to remand (Doc. No. 9) and motion to stay (Doc. No. 11) are set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 15th day of February, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE