IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| IONA LEVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv52-MHT |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for discovery (Doc. No. 15) is set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 21st day of February, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE