NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL** FINANCE

| ACCOUNT NUMBER 1178756 | TYPE E | DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|---|---|

| BORROWER(S) NAME AND ADDRESS | PAYEE (LENDER) |
|---|---|
| IONA LEVETT P O BOX 1215 TUSKEGEE INST, AL 36087 | AMERICAN GENERAL FINANCE, INC. 1848 OPELIKA ROAD AUBURN, AL 36830 |

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 12/16/98 | 01/16/99 | | 12/16/00 | $ 59.55 | $ NONE | $ 59.55 | 24 | 24 |

PAID BY ~~DEC 3 2000~~

### ITEMIZATION OF AMOUNT FINANCED

| | | | | |
|---|---|---|---|---|
| 1. $ NONE | Premium to Life Insurance Co. (Joint Coverage) | 7. Appraiser for Appraisal Fee | $ NONE | PAID TO American General Finance |
| 2. $ 17.68 | Premium to Life Insurance Co. (Single Coverage) | 8. Title Exam Fee/Title Search | $ NONE | PAID TO AUBURN, AL |
| 3. $ 42.87 | Premium to Disability Insurance Co. | 9. Taxes Paid to Gov't. Agency | $ NONE | |
| 4. $ NONE | Premium to Property Insurance Co. $ NONE Amount of Coverage | 10. Abstract Fee | $ NONE | PAID TO |
| 5. $ 16.50 | Paid to Public Officials for Certificate of Title Fees | 11. Attorney Fee | $ NONE | PAID TO |
| 6. $ NONE | Paid to Public Officials for Recording and Releasing Fees | 12. Paid on Prior Account with Lender | $ 176.26 | |
| | | 13. Amount Paid to you or on your behalf itemized below → | $ 823.74 | $ _____ TO |

23.00% Agreed Rate of Charge

| 14. $ 1077.05 | Amount Financed (Sum of lines 1 thru 13) |
| 15. $ 352.15 | FINANCE CHARGE → |
| 16. 28.79 | % ANNUAL PERCENTAGE RATE |
| 17. $ 1429.20 | Total of Payments |

| A. $ 60.00 | Interest Surcharge |
| B. $ NONE | Prepaid Finance Charge (Points) |
| C. $ NONE | Prepaid Finance Charge (Mortgage Recording Tax) |
| D. $ NONE | Broker Fee Prepaid FINANCE CHARGE |
| | (Paid to _____) |
| E. $ 292.15 | Interest |

18. $ 1137.05 Principal Amount of Loan (14 + 15A + 15B +15C + 15D)

$ 823.74 YOU

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original principal amount of the loan (amount financed plus any Interest Surcharge, Prepaid Finance Charges which includes Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original principal amount of the loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the amount financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE PAYMENT CHARGE:** If a payment is more than 10 days late, you will be charged and we may collect a late payment charge not to exceed the greater of $10 or 5% of the amount of the scheduled payment in default, not to exceed $100.

**ARBITRATION OF CLAIMS AND WAIVER OF JURY TRIAL:** Borrower(s) hereby acknowledge that the transactions evidenced by this agreement involve Interstate commerce. Borrower(s) and Lender agree that, except as otherwise set forth in this provision, all claims, disputes, or controversies of every kind and nature between Borrower(s) and Lender shall be resolved by arbitration including (i) those based on contract, tort or statute, (ii) those arising out of or relating to the transaction(s) evidenced by this agreement, the disclosures relating to this agreement, the Federal Disclosure Statement, any insurance certificate or policies, any documents executed at or about the same time this agreement was executed or (iii) those arising out of, relating to any other prior, proposed or actual loan or extension of credit (and the relationships which result from these transactions or any other previous transactions between Borrower(s) and Lender). Borrower(s) and Lender further agree that all issues and disputes as to the arbitrability of claims must also be resolved by the arbitrator.

**BORROWER(S) AND LENDER UNDERSTAND THAT EACH HAS THE RIGHT TO LITIGATE SUCH DISPUTES THROUGH A COURT, AND BORROWER(S) AND LENDER VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL OR JUDGE TRIAL OF SUCH DISPUTES.** Arbitration of such claims will be conducted by a single arbitrator selected by the Borrower(s) and Lender, pursuant to the Federal Arbitration Act and according to the commercial rules of the American Arbitration Association, at a reasonable and convenient location to be selected by the Borrower(s). Each party shall pay one-half of the arbitration costs and expenses. Borrower(s) and Lender agree that they and the Arbitrator shall be bound by the Federal Rules of Evidence in the arbitration of such claims. In the event of a conflict between the commercial rules of the American Arbitration Association and the Federal Rules of Evidence, the Federal Rules of Evidence control. The Arbitrator's findings, decision and award shall be written, and shall be based on the law of the jurisdiction in which this agreement was executed. The decision of the Arbitrator shall be final, binding, and enforceable in any court as though it were a decision on the merits after a trial on the merits. The Arbitrator's findings, decision and award shall be subject to judicial review as provided in 9 USC Section 10. **BORROWER(S) AND LENDER AGREE THAT THE ARBITRATOR MAY AWARD PUNITIVE DAMAGES ONLY UNDER CIRCUMSTANCES WHERE A COURT OF COMPETENT JURISDICTION COULD AWARD SUCH DAMAGES. HOWEVER, IN NO EVENT SHALL AN AWARD OF DAMAGES EXCEED FIVE (5) TIMES THE ECONOMIC LOSS SUFFERED BY THE PARTY. BORROWER(S) AND LENDER FURTHER AGREE THAT THE ARBITRATOR SHALL NOT CONDUCT ANY CLASS-WIDE PROCEEDINGS AND WILL BE RESTRICTED TO RESOLVING THE INDIVIDUAL DISPUTES BETWEEN THE PARTIES.** Borrower(s) and Lender agree that, notwithstanding the foregoing, Lender retains the right to use judicial or self-help remedies (i) to repossess or foreclose on collateral or to enforce the security interests relating to this transaction, and (ii) to pursue collection actions against the Borrower(s) where the amount of the debt is $10,000 or less. The exercise of this right by Lender to pursue judicial or self-help remedies shall not constitute a waiver of Lender's right to compel the arbitration of any claim or dispute subject to this arbitration clause - including the filing of a counterclaim by Borrower(s) in a lawsuit filed by Lender. This arbitration clause shall be binding upon the assigns, directors, officers, representatives, employees, parent companies, affiliated companies, subsidiaries and successors of Lender, and the administrators, assigns, executors, heirs and representatives of Borrower(s). In addition, the parties agree to submit to arbitration not only the foregoing claims or disputes against each other, but also all claims or disputes they have against (i) all other persons or entities involved with the transactions subject to this clause, (ii) all persons or entities who signed or executed any of the documentation subject to this clause, and (iii) all persons or entities who may be jointly or severally liable to any of the parties to this agreement regarding matters or events relating to the transactions and documentation subject to this clause. Borrower(s) and Lender agree that if any provision of this arbitration clause is invalid or unenforceable under the Federal Arbitration Act, the provision which is found to be invalid or unenforceable shall be inapplicable and deemed omitted, but shall not invalidate the remaining provisions of this arbitration clause, and shall not interrupt the parties' obligation to arbitrate the disputes subject to this clause.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet. **You further acknowledge that you have read, and agree to all terms and provisions of the Arbitration of Claims and Waiver of Jury Trial.**

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

Witness _____    _____ Signature of Principal Borrower

Witness _____    _____ Signature of Other Borrower

**SEE REVERSE SIDE FOR ADDITIONAL IMPORTANT TERMS**

001-00002 (8-1-97) ALB261 ALABAMA I.B. MINI-CODE AND INTEREST AND USURY

EXHIBIT C (1)

| ACCOUNT NUMBER | FEDERAL DISCLOSURE STATEMENT | **AMERICAN** |
|---|---|---|
| 1178756 | | **GENERAL** FINANCE |

| BORROWER(S) NAME AND ADDRESS | LICENSED OFFICE: (LENDER) |
|---|---|
| IONA LEVETT<br>P O BOX 1215<br>TUSKEGEE INST, AL 36087 | AMERICAN GENERAL FINANCE, INC.<br>1848 OPELIKA ROAD<br>AUBURN, AL 36830 |

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 12/16/98 | 01/16/99 | | 12/16/00 | $ 59.55 | $ NONE | $ 59.55 | 24 | 24 |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 28.79 % | $ 352.15 | $ 1077.05 | $ 1429.20 |

LATE PAYMENT CHARGE: If a payment is more than 10 days late, you will be charged and we may collect a late payment charge not to exceed the greater of $10 or 5% of the amount of the scheduled payment in default, not to exceed $100.

PREPAYMENT: If you pay off early, you will not have to pay a penalty.

SECURITY: You are giving a security interest in:

[ ] The goods or property being purchased.    [X] Motor Vehicle

[X] Other    1987 CHEV CAVALIER VEH NO.1G1JE1112HJ162066
1 27 INCH ZENITH TELEVISION FLOOR MODEL

[ ] You are giving a security interest in your Real Estate located at

[ ] The previous Mortgage/Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the Mortgage on the original terms.

INSURANCE: Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 60.55 | I want single decreasing credit life and single credit disability insurance.<br>Signature(s): *Iona Levett*<br>_____ First Named Borrower<br>_____ Second Named Borrower |

**You hereby certify that you are employed at least 30 hours per week.** *Iona Levett*
_____ Insured-Single Disability

## CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION

CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 15 days from the Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full refund of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 15 days, however, you will only be entitled to a refund of the unearned premium.

## PERSONAL PROPERTY INSURANCE DISCLOSURE

You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of 0 months and you will pay $NONE . You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance

_____ Signature

_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

*Iona Levett*                                12-16-98
_____ First Named Borrower                    _____ Date

_____ Second Named Borrower (if Applicable)          _____ Date

001-00002 (12-07-98) ALB161 ALABAMA INTEREST BEARING MINI-CODE AND USURY                    AUB.4979.0090

## INSURANCE DISCLOSURE SUMMARY

**AMERICAN GENERAL** FINANCE

| | |
|---|---|
| Borrower Name:<br>IONA LEVETT | |
| Borrower Address (Street, City, State,Zip ):P O BOX 1215 TUSKEGEE INST, AL 36087 | |

| Branch Number: 1702 | Loan Number: 1178756 | Date:    12/16/98 |
|---|---|---|

**I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | IONA LEVETT | $      17.68 |
| Credit Disability | IONA LEVETT | $      42.87 |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.**

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_____
(Signature)

_____
(License Number)    67327

BORROWER:   _Iona Levett_____
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations
American General Finance, Inc.
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147    Telefax: (800) 350-9306

ALDISC (Rev. 4-96)
(10-27-97) ALQ121

AUB.4979.0092

## NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| ACCOUNT NUMBER 1178756 | TYPE E | DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|---|---|

| BORROWER(S) NAME AND ADDRESS | PAYEE (LENDER) |
|---|---|
| IONA LEVETT<br>P O BOX 1215<br>TUSKEGEE INST, AL 36087 | AMERICAN GENERAL FINANCE, INC.<br>1848 OPELIKA ROAD<br>AUBURN, AL 36830 |

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 12/14/00 | 01/14/01 | | 12/14/02 | $ 66.10 | $ NONE | $ 66.10 | 24 | 24 |

### ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| 1.$ NONE Premium to Life Insurance Co. (Joint Coverage) | 7. Appraiser for Appraisal Fee _____ $ NONE _____ PAID TO _____ |
| 2.$ 21.70 Premium to Life Insurance Co. (Single Coverage) | 8. Title Exam Fee/Title Insurance ___ $ NONE _____ PAID TO _____ |
| 3.$ 71.38 Premium to Disability Insurance Co. | 9. Taxes Paid to Gov't. Agency _____ $ NONE _____ |
| 4.$ 36.60 Premium to Property Insurance Co.$ 1000.00 _Amount of Coverage_ | 10. Abstract Fee _____ $ NONE _____ PAID TO _____ |
| 5.$ NONE Paid to Public Officials for Certificate of Title Fees | 11. Attorney Fee_____ $ NONE _____ PAID TO _____ |
| 6.$ 21.50 Paid to Public Officials for Recording and Releasing Fees | 12. Paid on Prior Account with Lender $ 60.06 |
| | 13. Amount Paid to you or on your behalf itemized below $ 1000.00   $ _____ TO _____ |

| | | |
|---|---|---|
| | 21.99 % Agreed Rate of Charge | $ _____ |
| 14.$ 1211.24 Amount Financed (Sum of lines 1 thru 13) | A.$ 63.00 Prepaid Finance Charge Interest Surcharge | $ _____ |
| 15.$ 375.16 FINANCE CHARGE | B.$ NONE Prepaid Finance Charge (Points) | $ _____ |
| 16. 27.38 % ANNUAL PERCENTAGE RATE | C.$ NONE Prepaid Finance Charge (Mortgage Recording Tax) | $ _____ |
| 17.$ 1586.40 Total of Payments | D.$ NONE Prepaid FINANCE CHARGE Broker Fee | $ _____ |
| | E.$ 312.16 Interest (Paid to) | $ _____ |
| | 18.$ 1274.24 Principal Amount of Loan (14 + 15A + 15B + 15C + 15D) | $ 1000.00 YOU |

RENEWAL
RECEIVED
OCT 10 2001
American General Finance
AUBURN, AL

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid Finance Charges which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**REQUIRED INSURANCE:** You agree to maintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other than household goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may obtain the required insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless you provide us with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

**CREDIT INSURANCE:** If you voluntarily request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and authorize us to include it in the balance payable under the note and security agreement.
You understand that credit insurance is not required in connection with this loan and was not a factor in the approval of the extension of credit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to obtain credit insurance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a separately signed Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit insurance is included within the Amount Financed and is shown on the Itemization of Amount Financed.

**NOTE: This Agreement contains multiple pages that include important information about your loan.**

BY SIGNING BELOW, YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ARBITRATION PROVISIONS THAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN DISPUTES BETWEEN YOU AND LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, BOTH YOU AND LENDER WILL HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE DECIDED BY AN ARBITRATOR AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT TO THE RULES OF THE NATIONAL ARBITRATION FORUM.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet.

**CAUTION:** IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Witness _Stephanie Richards_     _Iona Levett_
                                  Signature of Principal Borrower

Witness _Angi Wallop_
                                  Signature of Other Borrower

Page 1 of 3

AUB.4979.0064

001-00002 ALB281 (9-4-00) I.B. MINI-CODE AND INTEREST AND USURY

| ACCOUNT NUMBER | FEDERAL DISCLOSURE STATEMENT | **AMERICAN GENERAL** FINANCE |
|---|---|---|
| 1178756 | | |

| BORROWER(S) NAME AND ADDRESS | LICENSED OFFICE: (LENDER) |
|---|---|
| IONA LEVETT<br>P O BOX 1215<br>TUSKEGEE INST, AL 36087 | AMERICAN GENERAL FINANCE, INC.<br>1848 OPELIKA ROAD<br>AUBURN, AL 36830 |

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 12/14/00 | 01/14/01 | | 12/14/02 | $ 66.10 | $ NONE | $ 66.10 | 24 | 24 |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 27.38 % | $ 375.16 | $ 1211.24 | $ 1586.40 |

LATE CHARGE: If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

PREPAYMENT: If you pay off early, you will not have to pay a penalty.

SECURITY: You are giving a security interest in:

[ ] The goods or property being purchased.    [ ] Motor Vehicle

[X] Other      2- 19" SONY TELEVISIONS; 1- SONY VHS VCR

**PAID BY RENEWAL**
**OCT 16 2001**
American General Finance
AUBURN, AL

[ ] You are giving a security interest in your Real Estate located at

[ ] The previous Mortgage/Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the Mortgage on the original terms.

INSURANCE: Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 93.08 | I want single decreasing credit life and single credit disability insurance.<br>Signature(s) _Iona Levett_ _____ First Named Borrower<br>_____ Second Named Borrower |

| **You hereby certify that you are employed at least 30 hours per week.** _Iona Levett_ |
|---|
| Insured-Single Disability |

### CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION

CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund of the unearned premium.

### PERSONAL PROPERTY INSURANCE DISCLOSURE

You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of __24__ months and you will pay $__36.60__. You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance

_Iona Levett_ _____ Signature

_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

_Iona Levett_ _____    _12-14-00_
First Named Borrower          Date

_____    _____
Second Named Borrower (if Applicable)    Date

AUB.4979.0067

## INSURANCE DISCLOSURE SUMMARY

**AMERICAN | GENERAL** | FINANCE

| Borrower Name: |
| IONA LEVETT |

| Borrower Address (Street, City, State,Zip ): P O BOX 1215 TUSKEGEE INST, AL 36087 |

| Branch Number: 1702 | Loan Number: 1178756 | Date: 12/14/00 |

**I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | IONA LEVETT | $  21.70 |
| Credit Disability | IONA LEVETT | $  71.38 |
| Credit Personal Property | IONA LEVETT | $  36.60 |
| | P A I D | $ |
| | BY RENEWAL | $ |
| | OCT. 16 2001 | $ |
| | American General Finance AUBURN, AL | $ |
| | | $ |
| | | $ |
| | | $ |

**I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.**

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_Stephanie Richards_
(Signature)

_A155 325_
(License Number)

BORROWER: _Iona Levett_
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations
American General Finance, Inc.
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147    Telefax: (800) 350-9306

ALDISC (Rev. 4-96)
(10-27-97) ALQ121

AUB.4979.0068